Order issued September 17, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01109-CV

## ROBERT J. GREEN AND MARILYN GREEN, Appellants

## V.

## JOE MCKAY, Appellee

## ORDER

Before Justices Morris, Fillmore, and Myers

The Motion for Rehearing filed by appellant is hereby **OVERRULED**.

ROBERT M. FILLMORE
JUSTICE